No. 11–8672. MILLS v. WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8720. CASSELL v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 11–8755. DAVIS v. BARRETT. C. A. 2d Cir. Certiorari denied.

No. 11–8757. LOZA v. RYAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8767. GETACHEW v. S & K FAMOUS BRANDS, INC. C. A. 6th Cir. Certiorari denied.

No. 11–8791. WARREN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 11–8793. ORTIZ v. URIBE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8794. NAJERA v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 11–8804. ARNOLD v. TOOLE, WARDEN. Super. Ct. Ga., Wilcox County. Certiorari denied.

No. 11–8805. BALTAZAR v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8819. CATON, AKA GARVICK v. KIMBLE. C. A. 4th Cir. Certiorari denied.

No. 11–8837. SMITH v. SUPREME COURT OF COLORADO GRIEVANCE COMMITTEE. Sup. Ct. Colo. Certiorari denied.

No. 11–8869. MONIZ v. MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8876. DESMOND v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 11–8909. ESCAMILLA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.